UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § § | CRIMINAL NO: **4:20-CR-412** |
| IBRAHEEM AHMED AL BAYATI | § § § § § § § § § § § | |

### ORDER FOR ISSUANCE OF BENCH WARRANT

A _____CRIMINAL INDICTMENT_____ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

IBRAHEEM AHMED AL BAYATI

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at ~~Houston~~, Texas, on Corpus Christi    Sept 10, 2020.

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge