UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:20-CR-412-01** |
| *versus* | § | |
| | § | **JUDGE KEITH ELLISON** |
| **IBRAHEEM AL BAYATI** | § | |

## WAIVER OF APPEARANCE AT ARRAIGNMENT

*TO THE HONORABLE KEITH ELLISON*:

Ibraheem Al Bayati asks to waive his appearance for arraignment on the indictment, and shows the following in support of this request:

1. Al Bayati is charged with two counts of making threats in an indictment filed on September 9, 2020. (Docket entry 1).

2. Federal Rule of Criminal Procedure 10(b) provides for a waiver of appearance at arraignment:

> (b) Waiving Appearance. A defendant need not be present for the arraignment if:
>
> (1) the defendant has been charged by indictment or misdemeanor information;
>
> (2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
>
> (3) the court accepts the waiver.

3. Al Bayati's executed waiver is attached to this pleading.

Respectfully submitted,

/s/ David Adler
_____
David Adler

        State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Ibraheem Al Bayati

CERTIFICATE OF SERVICE

This motion was served upon the government via e-mail on September 11, 2020.

/s/ David Adler
_____
David Adler