UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| *versus* | § § | 4:20-CR-412-01 |
| **IBRAHEEM AL BAYATI** | § § | **JUDGE KEITH ELLISON** |

## WAIVER OF APPEARANCE

Ibraheem Al Bayati waives his appearance for arraignment on the indictment, docket entry 1. He has received a copy of the indictment in this case, discussed the matter with his attorney, and understands the minimum and maximum possible punishment. He pleads not guilty to the indictment. Al Bayati does not waive his rights under the Speedy Trial Act at this time.

*/s/ Ibraheem Al Bayati*
Ibraheem Al Bayati

Respectfully submitted,

*/s/ David Adler*
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Ibraheem Al Bayati