United States District Court
Southern District of Texas
**ENTERED**
November 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:20-CR-412 |
| IBRAHEEM AHMED AL BAYATI | § § | |

## EXCLUDABLE DELAY ORDER

As to Defendant IBRAHEEM AHMED AL BAYATI, It is **ORDERED** that a period of excludable delay shall commence on November 30, 2020, pursuant to Title 18 U.S.C. §3161(h)(7)(A) and (B), Category T of the Speedy Trial Act Amendments of 2008.

In accordance with Title 18 U.S.C. §3161(h)(8)(A), the basis for continuance is the finding that the ends of justice served by taking this action outweigh the best interest of the public, as well as the Defendant, to a speedy trial, and is contained in a written motion filed by Defendant. It is, therefore, **ORDERED** that the unopposed motion for continuance is **GRANTED**.

The Court finds that pursuant to Title 18 U.S.C. §3161(h)(8)(B):

[X]   Failure to grant a continuance would stop further proceedings or result in the miscarriage of justice.

[ ]   Case unusual or complex, and as stated in open court on -------

[ ]   Continuance is granted in order to obtain or substitute counsel, or to allow reasonable time for trial preparation.

The period of excludable delay shall end at commencement of trial or disposition of charges.

1. MOTIONS will be filed by                     February 3, 2021

2. RESPONSES will be filed by                   February 10, 2021

3. PRETRIAL CONFERENCE is set for               February 24, 2021 at 10:30 a.m.
   (515 Rusk, Courtroom 3A, 3rd Floor Houston, Texas)
   **DEFENDANT MUST BE PRESENT**

4. JURY selection and TRIAL set for             March 1, 2021 at 9:00 a.m.

SIGNED this 6th day of November, 2020.

                                            KEITH P. ELLISON
                                      UNITED STATES DISTRICT JUDGE