United States District Court
Southern District of Texas

**ENTERED**

February 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:20-CR-412-1 |
| | § | |
| IBRAHEEM AHMED AL BAYATI | § | |

## ORDER

Defendant Second Motion to Amend Conditions of Release is **DENIED** for the reasons set forth in the government's Response.

**IT IS SO ORDERED.**

SIGNED this _____ th day of February, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE