*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CAUSE 4:20-CR-412-01** |
| *versus* | § | |
| | § | **JUDGE KEITH ELLISON** |
| **IBRAHEEM AL-BAYATI** | § | |

## <u>UNOPPOSED MOTION TO CONTINUE</u>

*TO THE HONORABLE KEITH ELLISON*:

Ibraheem Al-Bayati asks the court to continue this case, and shows the following in support of this request:

1.      Al-Bayati is charged with making a threat.  A pretrial conference is scheduled for May 28, 2021, at 10:30 am, and his trial is scheduled for June 7 at 9:00 am.

2.      Defense counsel needs additional time to review the discovery materials, to interview witnesses, and to discuss the evidence and sentencing guidelines with Al-Bayati.  Counsel will be unable to provide effective assistance of counsel if the case proceeds to trial as currently scheduled.

3.      Al-Bayati asks the trial be continued for at least 90 days.

4.      The Assistant U.S. Attorney is unopposed to this motion.


Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576

(713) 665-7070 (Fax)

Attorney for Defendant,
Ibraheem Al-Bayati

<u>CERTIFICATE OF SERVICE</u>

This motion was provided to the AUSA on May 3, 2021.

/s/ David Adler
_____
David Adler

<u>CERTIFICATE OF CONFERENCE</u>

The AUSA advised he is unopposed to this motion.

/s/ David Adler
_____
David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

**UNITED STATES OF AMERICA**            §
                                        §          **CAUSE 4:20-CR-412-01**
            *versus*                    §
                                        §          **JUDGE KEITH ELLISON**
**IBRAHEEM AL-BAYATI**                  §

## ORDER ON UNOPPOSED MOTION TO CONTINUE

Al-Bayati's unopposed motion to continue is:

Granted.

Motions will be filed by _____ _____, 2021.

Responses will be filed by _____ _____, 2021.

A pretrial conference will be held on _____ _____, 2021, at _____ am pm.

The trial will begin on _____ _____, 2021, at _____ am pm.

Denied.

Signed on May _____, 2021.

_____
Keith Ellison
United States District Judge